**IT IS ORDERED as set forth below:**

Date: September 8, 2023

_____
**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| ALEXANDER VILLAMAR, | ) | NO. 20-65120-SMS |
| | ) | |
| Debtor. | ) | |
| | ) | |
| MIDFIRST BANK, | ) | CONTESTED MATTER PROCEEDING |
| | ) | |
| Movant. | ) | |
| | ) | CHAPTER 13 |
| vs. | ) | |
| | ) | |
| | ) | Judge: Sage M. Sigler |
| ALEXANDER VILLAMAR, | ) | |
| K. EDWARD SAFIR, Trustee, | ) | |
| | | |
| Respondents. | | |

ORDER GRANTING MOTION TO LIFT STAY (DOC NO. 71)

By Order entered March 8, 2023 (Doc. No 60), the Debtor was required to make certain payments to Movant. The Order further provided that if the Debtor failed to make such payments in a timely

fashion, then after ten (10) days' notice, Movant could submit a motion and Affidavit detailing the default to the Court and request the automatic stay be lifted. Movant having submitted a *Motion for Order Lifting Stay* August 29, 2023 (DOC NO 71) with supporting Affidavit in which the Affiant states that the Debtor failed to make payments provided for in the Order; It is

HEREBY ORDERED AND ADJUDGED that the 11 U.S.C. Section 362(a) automatic stay is lifted as to Movant, its successors and assigns, regarding the real property and premises commonly known as 4656 N Springs Rd NW, Kennesaw, Georgia 30144, (the "Collateral"); it is

FURTHER ORDERED that Movant, its successors and assigns, is allowed to proceed to assert its rights, including, but not limited to, the institution and completion of foreclosure proceedings, and to assert any and all of its respective rights and remedies under applicable law, as to its Collateral; it is

FURTHER ORDERED that the Trustee shall cease funding the balance of Movant's pre-petition arrearage claim and supplemental claim, if any; it is

FURTHER ORDERED that upon the completion of any foreclosure sale, any funds in excess of the amount due to the Movant under its Note and Security Deed, and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the estate; it is

FURTHER ORDERED that The Trustee shall reduce movant's claim relating to this Collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

[END OF DOCUMENT]

ORDER PRESENTED BY:

/s/Ciro A Mestres
Ciro A Mestres
Georgia BAR NO. 840253
McCalla Raymer Leibert Pierce, LLC
Attorney for Creditor
1544 Old Alabama Road
Roswell, GA 30076
678-281-6516

DISTRIBUTION LIST

Ciro A Mestres
Bankruptcy Department
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Road
Roswell, Georgia  30076-2102

Alexander Villamar
4656 N Springs Road NW
Kennesaw, GA 30144

E.L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expressway
Atlanta, GA 30341

K Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303